

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GILBERT ARMIJO,<br><br>    Petitioner,<br><br>    v.<br><br>STEPHANIE ESON,<br><br>    Respondent. | Case No. CV 10-3741-SJO (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

Dated: January 12, 2011

_____
S. James Otero
United States District Judge