JS - 6/ENTER

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

GILBERT ARMIJO,

       Petitioner,

       v.

STEPHANIE ESON,

       Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 10-3741-SJO (MLG)

JUDGMENT

    IT IS ADJUDGED that the petition is denied with prejudice.

Dated: January 12, 2011

_S. James Otero_

S. James Otero
United States District Judge